Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
208 Pine St
Floyd, VA 24091
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**NANETTE C.**                                    1:18-CV-01864-AC

     Plaintiff,

               ORDER FOR EAJA
    v.                                    ATTORNEY FEES

**Commissioner of Social Security,**

     Defendant.

_____

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded

attorney fees in the amount of **$9,070.89** and $400 for filing fees. Subject to any offset allowed

under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 139 S. Ct. 2521 (2010),

payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

     It is so ORDERED

     Dated this ____ day of May 2020

                           United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1